MARTIN LYNCH, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 17, 1894 ; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made January 3, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*James Fraser Gluck* for appellant.

*George W. Cothran* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL, J., not voting, and FINCH, J., not sitting.
Judgment affirmed.

---

NELSON BEARDSLEY, Appellant, *v.* ARTHUR M. GAYLORD et al., Respondents.

(Argued April 17, 1894 ; decided May 1, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 4, 1892, which affirmed a judgment in favor of defendants entered upon a verdict.

*James R. Cox* for appellant.

*F. D. Wright,* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.